RIPLEY *v.* UNITED STATES.

UNITED STATES *v.* RIPLEY.

Nos. 498, 499.   Motion to modify judgment, submitted March 18, 1912.—
Decided April 1, 1912.[1]

*Mr. William H. Robeson, Mr. Benjamin Carter* and *Mr. F. Carter Pope* for Ripley.

*Mr. Assistant Attorney General John Q. Thompson* and *Mr. Philip M. Ashford* for the United States.

April 1, 1912.   PER CURIAM: motion to modify judgment denied.

---

SUPREME COURT OF THE UNITED STATES.

Monday, April 1, 1912.

The Chief Justice announced the following order of the court:

Order: It is ordered that rule 21[2] of the rules of practice of this court be amended by adding thereto the following section:

8. Every brief of more than 20 pages shall contain on its front fly leaves a subject index with page references, the subject index to be supplemented by a list of all cases referred to, alphabetically arranged, together with references to pages where the cases are cited.

---

[1] For opinion of the court in this case see *ante,* p. 701.

[2] For Rule 21 see 222 U. S. Appendix, p. 26.